Ryan E. ALLEY, dba Ryan Alley
Intellectual Property Law,
Appellant,

v.

INNOVATION LAW GROUP,
LTD., Appellee.

No. 2015–1976.

United States Court of Appeals,
Federal Circuit.

May 17, 2016.

Ryan E. Alley, Ryan Alley Intellectual Property Law, Arlington, VA, argued pro se.

Jacques M. Dulin, Innovation Law Group, Ltd., Sequim, WA, argued for appellee.

NEWMAN, LOURIE, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

---

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.